**Olan D. FISHER, a Veteran,**

v.

**SKELLY OIL COMPANY, a Corporation.**

No. 4935.

United States Court of Appeals,
Tenth Circuit.

March 17, 1955.

William C. Farmer, U. S. Atty., Wichita, Kan., for appellant.

Gayle M. Pickens, and Horace S. Smith, Tulsa, Okl., and William F. Pielsticker, Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.

**Ellis NASIF**

v.

**UNITED STATES of America.**

No. 5087.

United States Court of Appeals,
Tenth Circuit.

March 17, 1955.

No appearance for appellant.

Frank D. McSherry, U. S. Atty., and Harry G. Fender, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Dismissed on court's own motion for failure of appellant diligently to prosecute.

**Charles Clinton PONDER**

v.

**C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 5080.

United States Court of Appeals,
Tenth Circuit.

March 17, 1955.

No appearance for appellant.

William C. Farmer, U. S. Atty., Wichita, Kan., and Milton P. Beach, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Dismissed on motion of appellee, on ground appeal is moot.